AO 10
Rev. 1/2012

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2011

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| MELTON, Howell W. | U.S.D.C., Middle Florida | 05/03/2012 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. Dist. Judge Senior Status | ☐ Nomination Date ☐ Initial ☑ Annual ☐ Final  5b. ☐ Amended Report | 01/01/2011 to 12/31/2011 |

**7. Chambers or Office Address**

Suite 11-300
John Milton Bryan Simpson U.S. Courthouse
300 North Hogan Street
Jacksonville, Florida 32202-4243

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Insert signature on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Trustee (Emeritus as of 5/25/11) | Flagler College, St. Augustine, Florida |
| 2. | Member | Advisory Q-Board, Flagler Health Care Foundation, non-profit corp. (Flagler Hospital, non-profit corp.) * | |
| 3. | Director | Historical Society of the United States District Court for the Middle District of Florida (non-profit corp.) |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MELTON, Howell W. | 05/03/2012 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2011 | State of Florida, Dept. of Management Services, Division of Retirement | $31,219.32 |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MELTON, Howell W. | 05/03/2012 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MELTON, Howell W. | 05/03/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Wells Fargo & Co f/k/a Wachovia Corp. IRA Acct. (CD) | A | Interest | J | T | | | | | |
| 2. Wells Fargo & Co f/k/a Wachovia Corp. IRA Acct. (CD) | A | Interest | J | T | | | | | |
| 3. Alliance Bernstein Balanced SHS Inc. Cl A (Mutual Fund) | A | Dividend | K | T | | | | | |
| 4. Alliance Bernstein Growth & Income Fund Cl B (Mutual Fund) | A | Dividend | L | T | | | | | |
| 5. Nuveen Ins. Mun. Opportunity Fd., Inc. | C | Interest | L | T | | | | | |
| 6. Nuveen Ins. Mun. Opportunity Fd. Inc. | B | Interest | K | T | | | | | |
| 7. Walt Disney Co. common stock | A | Dividend | K | T | | | | | |
| 8. Wells Fargo Funds TR Advantage Mu. Bd Fd Cl A | B | Int./Div. | K | T | | | | | |
| 9. Vanguard Index Trust-500 Portfolio (Mutual Fund) | B | Dividend | L | T | | | | | |
| 10. Vanguard Equity Income Fund (Mutual Fund) | B | Dividend | L | T | | | | | |
| 11. Vanguard Total Stock Market Portfolio (Mutual Fund) | A | Dividend | K | T | | | | | |
| 12. Nuveen Ins. Mun. Opportunity Fd., Inc. | B | Interest | K | T | | | | | |
| 13. Wells Fargo & Co. f/k/a Wachovia Corp. account | A | Interest | K | T | | | | | |
| 14. Wells Fargo & Co f/k/a Wachovia Corp. account | A | Interest | K | T | | | | | |
| 15. Ford Motor Co. common stock | | None | J | T | | | | | |
| 16. AT&T Inc. common stock | C | Dividend | K | T | | | | | |
| 17. Vodaphone Grp PLC com.stk. | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MELTON, Howell W. | 05/03/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Verizon Comm'ns Co. com. stock | A | Dividend | K | T | | | | | |
| 19. DuPont E.I. DeNemours & Co. pfd. stock $4.50 | A | Dividend | K | T | | | | | |
| 20. Exxon Mobil Corp. common stock | B | Dividend | L | T | | | | | |
| 21. Macy's Inc common stock | A | Dividend | J | T | | | | | |
| 22. Wells Fargo & Co. common stock | A | Dividend | K | T | | | | | |
| 23. Wells Fargo Funds TR Advantage Mu Bd Fd Cl A | A | Int./Div. | K | T | | | | | |
| 24. Mass. Invs. TR CL A Fund | A | Dividend | J | T | | | | | |
| 25. Qwest Comm. International Inc. common stock *2 | | None | | | Merged (with line 49) | 4/1/11 | J | | |
| 26. AIM Growth Ser Investco VanKampen US Mort Fd. Cl A | A | Dividend | K | T | | | | | |
| 27. Home Depot, Inc. common stock | A | Dividend | K | T | | | | | |
| 28. Merck & Co. Inc. ("New Merck") common stock | A | Dividend | J | T | | | | | |
| 29. Bank of America Corp. common stock | A | Dividend | J | T | | | | | |
| 30. Pfizer Corp. common stock | A | Dividend | J | T | | | | | |
| 31. Oracle Corp. common stock | A | Dividend | K | T | | | | | |
| 32. Wal-Mart Stores Inc. common stock | A | Dividend | J | T | | | | | |
| 33. Nuveen Senior Income Fund | A | Dividend | J | T | | | | | |
| 34. Comcast Corp. Class A common stock | A | Dividend | J | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MELTON, Howell W. | 05/03/2012 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐   NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Vystar Credit Union CD | B | Interest | M | T | | | | | |
| 36. Putnam Multi-Cap Grth Fd Cl A (Mut Fd) f/k/a Put. New Opp | | None | K | T | | | | | |
| 37. Wachovia Corp CD | A | Interest | | | Redeemed | 12/5/11 | K | | |
| 38. Monsanto Co. common stock | A | Dividend | J | T | | | | | |
| 39. Medco Health Solutions Inc. common stock | | None | J | T | | | | | |
| 40. Wachovia Corp. CD | A | Interest | | | Redeemed | 12/1/11 | K | | |
| 41. Wachovia Corp. CD | A | Interest | | | Redeemed | 12/5/11 | K | | |
| 42. Putnam State Bank CD | A | Interest | K | T | | | | | |
| 43. Putnam State Bank CD | A | Interest | K | T | | | | | |
| 44. Vystar Credit Union CD | D | Interest | N | T | | | | | |
| 45. Wachovia Corp CD | A | Interest | | | Redeemed | 12/5/11 | K | | |
| 46. First Southern Bank CD | C | Interest | N | T | | | | | |
| 47. Putnam State Bank CD | B | Interest | M | T | | | | | |
| 48. Putnam State Bank CD | B | Interest | | | Redeemed | 11/1/11 | M | | |
| 49. CenturyLink, Inc. common stock *2 | A | Dividend | J | T | | | | | |
| 50. First Southern Bank CD | | None | K | T | Buy | 12/5/11 | K | | |
| 51. First Southern Bank CD | | None | K | T | Buy | 12/5/11 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MELTON, Howell W. | 05/03/2012 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

*1 Previous Board of Trustee Members and Executive Officers of Flagler Hospital are invited to an annual meeting for an update on current hospital procedures and future plans. Role is to participate as much or as little as preferred in an advisory capacity. Basically, an honorary position.

*2 Qwest Comm. International Inc. (line 25) merged into CenturyLink Inc. (line 49) on 4/1/11.

| Name of Person Reporting | Date of Report |
|---|---|
| MELTON, Howell W. | 05/03/2012 |

## IX. CERTIFICATION.

    I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

    I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Howell W. MELTON**

**NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)**

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544